William Zawada, Administrator of Estate of John Zawada, Deceased, Appellee, v. Frank O. Lowden et al., Trustees of Estate of Chicago, Rock Island and Pacific Railway Company, Appellants.

Gen. No. 9,732.

opinion filed January 27, 1942. Stafford & Schoede and Edward C. Schoede, for appellants; Milton V. Thompson, of counsel; Huber & Reidy, for appellee; Isador I. Katz, of counsel. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''

Deana Crump, Appellee, v. Montgomery Ward and Company, Inc., Appellant.

Gen. No. 9,736.

opinion filed January 27, 1942. L. E. Oliphant, Jr. and Hall & Hulse, for appellant; J. A. Miller, for appellee; Henry D. Fisher, of counsel. Opinion by JUSTICE DOVE. ''Not to be published in full.''